|  |  |
|---|---|
| | JS - 6 |
| | **FILED: 9/16/11** |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Joseph Chavez,** | CASE NO. CV 09-2062-GHK (RZx) |
| Plaintiff, | JUDGMENT |
| v. | |
| **City of Los Angeles, et al.,** | |
| Defendants. | |

    Pursuant to the Court's September 21, 2010 Order re: Defendants' Motion for Summary Judgment, **IT IS HEREBY ADJUDGED** that Plaintiff Joseph Chavez's ("Plaintiff") claims against Defendants City of Los Angeles, Rico, L. Anderson, G. Thompson, P. Arriola, M. Elias, S. Anderson, and Najarian are **DISMISSED** with prejudice.  Pursuant to the Court's September 15, 2011 Order, **IT IS HEREBY ADJUDGED** that Plaintiff's claims against Defendant James Lemos are **DISMISSED**

without prejudice, and Plaintiff's claims against Defendant William Bratton are **DISMISSED** without prejudice for failure to effect timely service.

**IT IS SO ORDERED**.

DATED: September 16, 2011

_____
GEORGE H. KING
United States District Judge

2