JS - 6
**FILED: 9/16/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Joseph Chavez,** | CASE NO. CV 09-2062-GHK (RZx) |
| Plaintiff, | JUDGMENT |
| v. | |
| **City of Los Angeles, et al.,** | |
| Defendants. | |

    Pursuant to the Court's September 21, 2010 Order re: Defendants' Motion for Summary Judgment, **IT IS HEREBY ADJUDGED** that Plaintiff Joseph Chavez's ("Plaintiff") claims against Defendants City of Los Angeles, Rico, L. Anderson, G. Thompson, P. Arriola, M. Elias, S. Anderson, and Najarian are **DISMISSED** with prejudice. Pursuant to the Court's September 15, 2011 Order, **IT IS HEREBY ADJUDGED** that Plaintiff's claims against Defendant James Lemos are **DISMISSED**

1 | without prejudice, and Plaintiff's claims against Defendant William Bratton are
2 | **DISMISSED** without prejudice for failure to effect timely service.

4 | **IT IS SO ORDERED**.

6 | DATED: September 16, 2011

_____
GEORGE H. KING
United States District Judge

2